UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.B. as the Parent and Natural Guardian of S.B., a Minor | : : | |
| Plaintiffs, | : | |
| v. | : : | No.  2:21-cv-01740 |
| Pennsylvania Department of Human Services, Delaware County, Delaware County Juvenile Detention Center, Child Guidance Resource Center, John Does 1-100 and ABC Entities 1-10. | : : : : : : | |
| Defendants. | : : | **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

To:     The Clerk of Court and All Parties Of Record

I am admitted or otherwise authorized to practice in this Court.  Kindly enter my appearance as counsel on behalf of the Defendant, Child Guidance Resource Center, in connection with the above-captioned matter.

Defendant, by it undersigned counsel, hereby requests a trial by jury of twelve members plus two alternates.

**DEASEY, MAHONEY & VALENTINI, LTD.**

BY:    /S/ FRANCIS J. DEASEY
FRANCIS J. DEASEY
ATTORNEY I.D. NO. 25699
1601 Market Street, 34th Floor
Philadelphia, PA 19103
(215) 587-9400
(215) 587-9456 (FAX)
fdeasey@dmvlawfirm.com

Attorneys for Defendant
Child Guidance Resource Center

Dated:  April 28, 2021

## CERTIFICATE OF SERVICE

I, Francis J. Deasey, Esquire hereby certify that a true and correct copy of my foregoing Entry of Appearance and Jury Demand, on behalf of Defendant, Child Guidance Resource Center, has been filed electronically and is available for review and retrieval on the court system's website, by counsel of record.

**DEASEY, MAHONEY & VALENTINI, LTD.**

By: */S/ FRANCIS J. DEASEY*
FRANCIS J. DEASEY, ESQUIRE

Dated: April 28, 2021