IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.B. AS THE PARENT AND NATURAL GUARDIAN OF S.B., A MINOR | : :  : | CIVIL ACTION NO.: 2:21-CV-01740 |
| v. | : : | |
| PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, DELAWARE COUNTY, DELAWARE COUNTY JUVENILE DETENTION CENTER, CHILD GUIDANCE RESOURCE CENTER, JOHN DOES 1-100 AND ABC ENTITIES 1-10 | : : : : : : : | **JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Delaware County and Delaware County Juvenile Detention Center, Defendants, in the above-referenced matter. Defendants, Delaware County and Delaware County Juvenile Detention Center hereby requests a jury of eight (8) persons at trial.

                                                **MARSHALL DENNEHEY WARNER**
                                                **COLEMAN & GOGGIN**

BY: _____
JOHN P. GONZALES, ESQUIRE
ATTY. ID. # 71265
2000 MARKET STREET, STE. 2300
(215) 575-2871 Fax (215) 575-0856
Email: jpgonzales@mdwcg.com
Attorney for Defendants
Delaware County and Delaware County
Juvenile Detention Center

## CERTIFICATE OF SERVICE

      I, JOHN P. GONZALES, ESQUIRE, do hereby certify that a true and correct copy of my Entry of Appearance was electronically filed with the Court on May 5, 2021 and is available for viewing and downloading from the ECF System. All counsel of record was served via electronic notification.

                                      **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY:   _/s/ John P. Gonzales_

                                      JOHN P. GONZALES, ESQUIRE
                                      ATTY. ID. # 71265
                                      2000 MARKET STREET, STE. 2300
                                      (215) 575-2871 Fax (215) 575-0856
                                      Email: jpgonzales@mdwcg.com
                                      Attorney for Defendants
                                      Delaware County and Delaware County
                                      Juvenile Detention Center

DATE: _May 5, 2021_