# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE # 1 *a fictitious name* AND JANE DOE 1 *a fictitious name* | : : : CIVIL ACTION : : NO. 21-1408 |
| *Plaintiffs* | |
| v. | : : |
| PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, et al. | : : : HON. MICHAEL M. BAYLSON : |
| *Defendants* | : ***ELECTRONICALLY FILED*** |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my appearance on behalf of Defendant, Delaware County Juvenile Detention Center, in the above-captioned case.

Respectfully submitted,

**/s/Megan Davis**
**MEGAN L. DAVIS, ESQUIRE**
Attorney I.D. No. PA321341
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN DOE # 1 *a fictitious name* AND JANE DOE 1 *a fictitious name* | : : | |
| | : | CIVIL ACTION |
| *Plaintiffs* | : : | NO. 21-1408 |
| v. | : : | |
| PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, et al. | : : : | |
| | : | HON. MICHAEL M. BAYLSON |
| *Defendants* | : : | ***ELECTRONICALLY FILED*** |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on June 3, 2021, she personally caused to be served upon the following a true and correct copy of the foregoing *Entry of Appearance*, via CM/ECF to:

**DANIEL MCGARRIGLE, ESQUIRE**
THE MCGARRIGLE LAW FIRM
117-119 NORTH OLIVE ST
MEDIA, PA 19063
Email: *daniel@mcgarriglelawfirm.com*

**BRIAN D. KENT, ESQUIRE**
Laffey, Bucci & Kent, LLP
1100 Ludlow Street
Suite 300
PHILADELPHIA, PA 19107
Email: *bkent@lbk-law.com*

/s/Megan Davis
**MEGAN L. DAVIS, ESQUIRE**
Attorney I.D. Nos. PA321341
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486
***Attorney for Delaware County Juvenile Detention Center***