IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE #1,** *a fictitious name* v. **DELAWARE COUNTY JUVENILE DETENTION CENTER** *et al* | **CIVIL ACTION: NO. 21-1408** |
| **C.B.,** *as Parent and Natural Guardian et al* v. **DELAWARE COUNTY** *et al* | **CIVIL ACTION: NO. 21-1740** |
| **JANE DOE (A PSEUDONYM)** v. **DELAWARE COUNTY JUVENILE DETENTION CENTER** *et al* | **CIVIL ACTION: NO. 21-3459** |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time within which Defendant, the Delaware County Juvenile Detention Center, may file its Answer in each of the above-referenced cases is extended to April 29, 2022.

**By:**

VSCP LAW

*/s/ Gregory S. Spizer*
Gregory S. Spizer, Esq.
Julia Ronnebaum, Esq.
*Counsel for Plaintiffs C.B.; Jane Doe; and Jane Doe 1. in Case Nos.: 21-1740, 21-3459*

DATE: 3/31/2022

LAFFEY BUCCI KENT

*/s/ Brian D. Kent*
Brian D. Kent, Esq.
Guy D'Andrea, Esq.
*Counsel for Plaintiff, John Doe #1 in Case No.:21-1408*

DATE: 3/31/2022

ADMINISTRATIVE OFFICE OF
PENNSYLVANIA COURTS

*/s/ Megan L. Davis*
Megan L. Davis, Esq.
Geri R. St. Joseph, Esq.
*Counsel for the Delaware County
Juvenile Detention Center*

DATE: 3/31/2022

**APPROVED BY THE COURT**

**Date:** _____    _____

**MICHAEL M. BAYLSON, J.**