# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE #1,**<br>*a fictitious name*<br>**v.**<br>**DELAWARE COUNTY JUVENILE DETENTION CENTER** *et al* | **CIVIL ACTION:**<br>**NO. 21-1408** |
| **C.B.,** *as Parent and Natural Guardian et al*<br>**v.**<br>**DELAWARE COUNTY** *et al* | **CIVIL ACTION:**<br>**NO. 21-1740** |
| **JANE DOE**<br>**(A PSEUDONYM)**<br>**v.**<br>**DELAWARE COUNTY JUVENILE DETENTION CENTER** *et al* | **CIVIL ACTION:**<br>**NO. 21-3459** |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time within which Defendant, the Delaware County Juvenile Detention Center, may file its Answer in each of the above-referenced cases is extended to May 30, 2022.

**By:**

VSCP LAW

*/s/ Gregory S. Spizer*
Gregory S. Spizer, Esq.
Julia Ronnebaum, Esq.
*Counsel for Plaintiffs C.B.; Jane Doe; and Jane Doe 1. in Case Nos.: 21-1740, 21-3459*

DATE: 4/29/2022

LAFFEY BUCCI KENT

*/s/ Brian D. Kent*
Brian D. Kent, Esq.
Guy D'Andrea, Esq.
*Counsel for Plaintiff, John Doe #1 in Case No.:21-1408*

DATE: 4/29/2022

ADMINISTRATIVE OFFICE OF
PENNSYLVANIA COURTS

*/s/ **Megan L. Davis*** ___
Megan L. Davis, Esq.
Geri R. St. Joseph, Esq.
*Counsel for the Delaware County*
*Juvenile Detention Center*

DATE: 4/29/2022

**APPROVED BY THE COURT**

**Date:** _____

_____

**MICHAEL M. BAYLSON, J.**